IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HDR GLOBAL TRADING LIMITED, *et al.*,  )
                                                                                       )
                 *Plaintiffs*,  )
v.  )  Civil Action No. 1:22-cv-1149 (PTG/JFA)
                                                                                       )
bitmexaa.com, *et al.*,  )
                                                                                       )
                 *Defendants*.  )
                                                                                       )

## ORDER

This matter comes before the Court on the April 14, 2023 Proposed Findings of Fact and Recommendations ("R&R") from Magistrate Judge John F. Anderson regarding Plaintiffs' Motion for Default Judgment against 620 defendant domain names pursuant to Federal Rule of Civil Procedure 55(b)(2) (Dkt. 23). Dkt. 27. Judge Anderson advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 21. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendations, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Anderson set forth in the R&R (Dkt. 27). Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 23) is **GRANTED in part, DENIED in part**[1]; and it is further

---

[1] As Judge Anderson explained in the R&R, Plaintiffs' request that the Court order NameSilo to transfer to Plaintiffs any other domain names that include or resemble Plaintiffs' BITMEX mark that are registered or owned by the registrants of the defendant domain names is DENIED. Dkt. 27 at 16.

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiffs against each of the defendant domain names pursuant to Count I alleging a violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(1)(C); and it is further

**ORDERED** that VeriSign, Inc., as registry for the following domain names, change the registrar of record for the following defendant domain names to Plaintiffs' domain name registrar of choice, MarkMonitor; and it is further

**ORDERED** that MarkMonitor take all necessary steps to have Plaintiffs listed as the registrants of the defendant domain names bitmexaa.com, bitmexab.com, bitmexac.com, bitmexad.com, bitmexae.com, bitmexaf.com, bitmexag.com, bitmexah.com, bitmexaj.com, bitmexak.com, bitmexal.com, bitmexam.com, bitmexan.com, bitmexao.com, bitmexap.com, bitmexaq.com, bitmexar.com, bitmexas.com, bitmexat.com, bitmexau.com, bitmexav.com, bitmexaw.com, bitmexax.com, bitmexay.com, bitmexaz.com, bitmexba.com, bitmexbb.com, bitmexbc.com, bitmexbd.com, bitmexbe.com, bitmexbf.com, bitmexbg.com, bitmexbh.com, bitmexbi.com, bitmexbj.com, bitmexbk.com, bitmexbl.com, bitmexbm.com, bitmexbn.com, bitmexbo.com, bitmexbp.com, bitmexbq.com, bitmexbr.com, bitmexbs.com, bitmexbu.com, bitmexbv.com, bitmexbw.com, bitmexbx.com, bitmexby.com, bitmexbz.com, bitmexca.com, bitmexcb.com, bitmexcc.com, bitmexcd.com, bitmexce.com, bitmexcf.com, bitmexcg.com, bitmexci.com, bitmexcj.com, bitmexck.com, bitmexcl.com, bitmexcm.com, bitmexcp.com, bitmexcq.com, bitmexcr.com, bitmexcs.com, bitmexct.com, bitmexcu.com, bitmexcv.com, bitmexcw.com, bitmexcx.com, bitmexcy.com, bitmexcz.com, bitmexda.com, bitmexdb.com, bitmexdc.com, bitmexdd.com, bitmexde.com, bitmexdf.com, bitmexdg.com, bitmexdh.com, bitmexdi.com, bitmexdj.com, bitmexdk.com, bitmexdl.com, bitmexdm.com, bitmexdn.com, bitmexdo.com, bitmexdp.com, bitmexdq.com, bitmexdr.com, bitmexds.com, bitmexdt.com,

bitmexdu.com, bitmexdv.com, bitmexdw.com, bitmexdx.com, bitmexdy.com, bitmexdz.com, bitmexea.com, bitmexeb.com, bitmexec.com, bitmexef.com, bitmexeg.com, bitmexeh.com, bitmexei.com, bitmexej.com, bitmexek.com, bitmexel.com, bitmexem.com, bitmexen.com, bitmexeo.com, bitmexep.com, bitmexeq.com, bitmexer.com, bitmexet.com, bitmexeu.com, bitmexev.com, bitmexew.com, bitmexey.com, bitmexez.com, bitmexfa.com, bitmexfb.com, bitmexfc.com, bitmexfd.com, bitmexfe.com, bitmexff.com, bitmexfg.com, bitmexfh.com, bitmexfi.com, bitmexjg.com, bitmexfk.com, bitmexfl.com, bitmexfm.com, bitmexfn.com, bitmexfo.com, bitmexfp.com, bitmexfq.com, bitmexfr.com, bitmexfs.com, bitmexfl.com, bitmexfu.com, bitmexfv.com, bitmexfw.com, bitmexfy.com, bitmexfz.com, bitmexga.com, bitmexgb.com, bitmexgc.com, bitmexgd.com, bitmexge.com, bitmexgg.com, bitmexgh.com, bitmexgi.com, bitmexgj.com, bitmexgk.com, bitmexgl.com, bitmexgm.com, bitmexgn.com, bitmexgo.com, bitmexgp.com, bitmexgq.com, bitmexha.com, bitmexhb.com, bitmexhc.com, bitmexhd.com, bitmexhe.com, bitmexhf.com, bitmexhg.com, bitmexhh.com, bitmexhi.com, bitmexhj.com, bitmexhk.com, bitmexhl.com, bitmexhm.com, bitmexhn.com, bitmexho.com, bitmexhp.com, bitmexhq.com, bitmexhr.com, bitmexhs.com, bitmexht.com, bitmexhu.com, bitmexhv.com, bitmexhw.com, bitmexhx.com, bitmexhy.com, bitmexhz.com, bitmexib.com, bitmexic.com, bitmexid.com, bitmexie.com, bitmexif.com, bitmexig.com, bitmexih.com, bitmexii.com, bitmexij.com, bitmexik.com, bitmexil.com, bitmexip.com, bitmexiq.com, bitmexir.com, bitmexis.com, bitmexiu.com, bitmexiv.com, bitmexiw.com, bitmexiy.com, bitmexiz.com, bitmexja.com, bitmexjb.com, bitmexjc.com, bitmexjd.com, bitmexje.com, bitmexjf.com, bitmexjg.com, bitmexjh.com, bitmexji.com, bitmexjj.com, bitmexjk.com, bitmexjl.com, bitmexjm.com, bitmexjn.com, bitmexjo.com, bitmexjp.com, bitmexjq.com, bitmexjr.com, bitmexjs.com, bitmexjt.com, bitmexju.com, bitmexjv.com, bitmexjw.com,

bitmexjx.com, bitmexjy.com, bitmexjz.com, bitmexka.com, bitmexkb.com, bitmexkc.com, bitmexkd.com, bitmexke.com, bitmexkf.com, bitmexkg.com, bitmexkh.com, bitmexki.com, bitmexkj.com, bitmexkk.com, bitmexkl.com, bitmexkm.com, bitmexkn.com, bitmexko.com, bitmexkp.com, bitmexkq.com, bitmexks.com, bitmexkt.com, bitmexku.com, bitmexkv.com, bitmexkw.com, bitmexkx.com, bitmexky.com, bitmexkz.com, bitmexla.com, bitmexlb.com, bitmexlc.com, bitmexld.com, bitmexle.com, bitmexlf.com, bitmexlg.com, bitmexlh.com, bitmexli.com, bitmexlj.com, bitmexlk.com, bitmexll.com, bitmexlm.com, bitmexln.com, bitmexlo.com, bitmexlp.com, bitmexlq.com, bitmexlr.com, bitmexls.com, bitmexlt.com, bitmexlu.com, bitmexlv.com, bitmexlw.com, bitmexly.com, bitmexlz.com, bitmexma.com, bitmexmb.com, bitmexmc.com, bitmexmd.com, bitmexmf.com, bitmexmg.com, bitmexmh.com, bitmexmi.com, bitmexmj.com, bitmexmk.com, bitmexml.com, bitmexmm.com, bitmexmn.com, bitmexmo.com, bitmexmp.com, bitmexmq.com, bitmexmr.com, bitmexms.com, bitmexmt.com, bitmexmu.com, bitmexmv.com, bitmexmw.com, bitmexmx.com, bitmexmy.com, bitmexmz.com, bitmexna.com, bitmexnb.com, bitmexnc.com, bitmexnd.com, bitmexne.com, bitmexnf.com, bitmexng.com, bitmexnh.com, bitmexni.com, bitmexnj.com, bitmexnk.com, bitmexni.com, bitmexnm.com, bitmexnn.com, bitmexno.com, bitmexnp.com, bitmexnq.com, bitmexnr.com, bitmexns.com, bitmexnt.com, bitmexnu.com, bitmexnv.com, bitmexnw.com, bitmexnx.com, bitmexny.com, bitmexnz.com, bitmexoa.com, bitmexob.com, bitmexoc.com, bitmexod.com, bitmexoe.com, bitmexof.com, bitmexog.com, bitmexoh.com, bitmexoj.com, bitmexok.com, bitmexol.com, bitmexon.com, bitmexoo.com, bitmexop.com, bitmexoq.com, bitmexor.com, bitmexos.com, bitmexot.com, bitmexou.com, bitmexov.com, bitmexow.com, bitmexox.com, bitmexoy.com, bitmexoz.com, bitmexpa.com, bitmexpb.com, bitmexpc.com, bitmexpd.com, bitmexpe.com, bitmexpf.com, bitmexpg.com, bitmexph.com, bitmexpi.com,

bitmexpj.com, bitmexpl.com, bitmexpn.com, bitmexpo.com, bitmexpp.com, bitmexpq.com, bitmexpr.com, bitmexps.com, bitmexpt.com, bitmexpu.com, bitmexpv.com, bitmexpw.com, bitmexpx.com, bitmexpy.com, bitmexpz.com, bitmexqa.com, bitmexqb.com, bitmexqc.com, bitmexqd.com, bitmexqe.com, bitmexqf.com, bitmexqg.com, bitmexqh.com, bitmexqi.com, bitmexqj.com, bitmexqk.com, bitmexql.com, bitmexqm.com, bitmexqn.com, bitmexqo.com, bitmexqp.com, bitmexqr.com, bitmexqs.com, bitmexqt.com, bitmexqu.com, bitmexqv.com, bitmexqw.com, bitmexqx.com, bitmexqy.com, bitmexqz.com, bitmexra.com, bitmexrb.com, bitmexrc.com, bitmexrd.com, bitmexre.com, bitmexrf.com, bitmexrg.com, bitmexrh.com, bitmexri.com, bitmexrj.com, bitmexrk.com, bitmexrl.com, bitmexrm.com, bitmexm.com, bitmexro.com, bitmexrp.com, bitmexrq.com, bitmexrr.com, bitmexrs.com, bitmexrt.com, bitmexru.com, bitmexrv.com, bitmexrw.com, bitmexrx.com, bitmexry.com, bitmexrz.com, bitmexsa.com, bitmexsc.com, bitmexsd.com, bitmexsf.com, bitmexsg.com, bitmexsh.com, bitmexsi.com, bitmexsj.com, bitmexsk.com, bitmexsl.com, bitmexsm.com, bitmexsn.com, bitmexso.com, bitmexsp.com, bitmexsr.com, bitmexss.com, bitmexst.com, bitmexsu.com, bitmexsv.com, bitmexsw.com, bitmexsx.com, bitmexsy.com, bitmexsz.com, bitmexta.com, bitmextb.com, bitmextc.com, bitmextd.com, bitmextf.com, bitmextg.com, bitmexth.com, bitmexti.com, bitmextj.com, bitmextk.com, bitmextl.com, bitmextm.com, bitmextn.com, bitmexto.com, bitmextp.com, bitmextq.com, bitmextr.com, bitmexts.com, bitmextt.com, bitmextu.com, bitmextv.com, bitmextw.com, bitmextx.com, bitmexty.com, bitmextz.com, bitmexua.com, bitmexub.com, bitmexuc.com, bitmexud.com, bitmexue.com, bitmexuf.com, bitmexug.com, bitmexuh.com, bitmexui.com, bitmexuj.com, bitmexuk.com, bitmexul.com, bitmexum.com, bitmexun.com, bitmexuo.com, bitmexup.com, bitmexuq.com, bitmexur.com, bitmexus.com, bitmexut.com, bitmexuu.com, bitmexuv.com, bitmexuw.com, bitmexux.com,

bitmexuy.com, bitmexuz.com, bitmexva.com, bitmexvb.com, bitmexvc.com, bitmexvd.com, bitmexve.com, bitmexgr.com, bitmexgs.com, bitmexgt.com, bitmexgu.com, bitmexgv.com, bitmexgw.com, bitmexgx.com, bitmexgy.com, bitmexgz.com, bitmexvf.com, bitmexvg.com, bitmexvh.com, bitmexvi.com, bitmexvj.com, bitmexvk.com, bitmexvl.com, bitmexvm.com, bitmexvn.com, bitmexvo.com, bitmexvp.com, bitmexvq.com, bitmexvr.com, bitmexvs.com, bitmexvt.com, bitmexvu.com, bitmexvv.com, bitmexvw.com, bitmexvx.com, bitmexvy.com, bitmexvz.com, bitmexwa.com, bitmexwb.com, bitmexwc.com, bitmexwd.com, bitmexwe.com, bitmexwf.com, bitmexwg.com, bitmexwh.com, bitmexwi.com, bitmexwj.com, bitmexwk.com, bitmexwl.com, bitmexwm.com, bitmexwn.com, bitmexwo.com, bitmexwp.com, bitmexwq.com, bitmexwr.com, bitmexws.com, bitmexwt.com, bitmexwu.com, bitmexwv.com, bitmexww.com, bitmexwx.com, bitmexwy.com, bitmexwz.com, bitmexya.com, bitmexyb.com, bitmexyc.com, bitmexyd.com, bitmexye.com, bitmexyf.com, bitmexyg.com, bitmexyh.com, bitmexyi.com, bitmexyj.com, bitmexyk.com, bitmexyl.com, bitmexym.com, bitmexyn.com, bitmexyo.com, bitmexyp.com, bitmexyq.com, bitmexyr.com, bitmexys.com, bitmexyt.com, bitmexyu.com, bitmexyv.com, bitmexyw.com, bitmexyx.com, bitmexyy.com, bitmexyz.com, bitmexza.com, bitmexzb.com, bitmexzc.com, bitmexzd.com, bitmexze.com, bitmexzf.com, bitmexzg.com, bitmexzi.com, bitmexzj.com, bitmexzk.com, bitmexzl.com, bitmexzm.com, bitmexzn.com, bitmexzo.com, bitmexzp.com, bitmexzq.com, bitmexzr.com, bitmexzs.com, bitmexzt.com, bitmexzu.com, bitmexzv.com, bitmexzw.com, bitmexzx.com, bitmexzy.com, and bitmexzz.com.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs as set forth above, pursuant to Federal Rule of Civil Procedure 55.

It is **SO ORDERED.**

Dated: July 12, 2023
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge

6